**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 303 MAL 2019

Respondent    :

   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court

v.    :

MICHAEL A. RAMOS,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.